# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| L. ELIZABETH HOLLINGSWORTH | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-671-CAN |
| | § | |
| ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #18) and Commissioner's Response to Plaintiff's Motion (Dkt. #20), wherein Commissioner states it does not oppose and has no objection to the requested fee, and requests only that the Court direct payment be made payable to Plaintiff, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #18) is **GRANTED**, and the Commissioner is directed to pay Plaintiff five thousand, eight hundred and twelve dollars and fifty cents ($5,812.50) as reasonable attorney's fees, plus costs in the amount of four hundred dollars ($400.00), made payable to Plaintiff, such payment to be mailed to Plaintiff's counsel. This award is subject to administrative offset.

**IT IS ORDERED**.
**SIGNED this 1st day of September, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE